# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Xerox Corporation ) | ASBCA No. 59256 |
| ) | |
| Under Contract No. GS-25F-0062L ) | |
| Purchase Order No. M00318-10-P-0225 ) | |

APPEARANCE FOR THE APPELLANT: Donald J. Walsh, Esq.
  Offit Kurman, P.A.
  Owings Mill, MD

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
  Steven K. Forjohn, Esq.
  Trial Attorney
  Marine Corps Base Hawaii
  Kaneohe Bay, HI

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 10 October 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59256, Appeal of Xerox Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals